# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2422
_____

ARMANDO ARCE,

Petitioner,

v.

STATE OF FLORIDA and to All and
Singular Sheriffs of the STATE
OF FLORIDA,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


April 9, 2025


PER CURIAM.

DISMISSED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Armando Arce, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.